UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., <br><br> **Plaintiff,** <br><br> -against- <br><br> DOMINIC FORBES and ILLUSIONS HOOKAH & MIXOLOGY LOUNGE INC. d/b/a ILLUSIONS HOOKAH & MIXOLOGY LOUNGE, <br><br> **Defendants.** | 20-cv-6890 (ALC) <br><br> <u>**DEFAULT JUDGMENT**</u> |

**ANDREW L. CARTER, JR., United States District Judge:**

  Plaintiff Joe Hand Promotions, Inc. ("Joe Hand") brings this action against Defendants Dominic Forbes and Illusions Hookah & Mixology Lounge Inc. d/b/a Illusions Hookah & Mixology Lounge ("Illusions Hookah") (collectively, "Defendants") for violations of the Federal Communications Act ("FCA"), 47 U.S.C. §§ 553 and 605, *et seq.*, and the Copyright Act, 17 U.S.C. § 101, *et seq.* Currently pending before the Court is Plaintiff's Motion for Default Judgment. (ECF No. 21.)

  Plaintiff commenced this action on August 26, 2020. (Compl., ECF No. 1.) Defendants were served with the Complaint on October 14, 2020. (ECF No. 10.) The Clerk of Court issued a Certificate of Default on March 15, 2022. (ECF No. 16.) Plaintiff moved for default judgment on October 13, 2022. (ECF No. 21.) The Court entered an Order to Show Cause on January 27, 2023 directing Defendants to show cause in writing why default judgment should not be entered by April 26, 2023. (ECF No. 25.) To date, Defendants have not responded to the Court's order nor otherwise appeared in this action.

  Accordingly, having considered the Memorandum of Law and Affidavit of Jon D. Jekielek in support of the motion for default judgment, the Summons and Amended Complaint previously

filed in this action, and the affidavits of service thereof, it is hereby **ORDERED** that judgment be entered in Plaintiff's favor against Defendants on all counts of Plaintiff's Complaint as to liability only.

**SO ORDERED.**

Dated: **July 28, 2023**
      New York, New York

                                          **ANDREW L. CARTER, JR.**
                                          **United States District Judge**