UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> DOMINIC FORBES, et al., : <br> : <br> Defendants. : | Case No. 1:20-cv-06890-ALC |

**DEFAULT JUDGMENT**

Upon consideration of Plaintiff's Motion for Final Default Judgment ("Motion"), the accompanying Memorandum of Points and Authorities in Support thereof and evidence, the pleadings on file and the relevant authorities, the Court concludes that Plaintiff has established that it is an aggrieved party under the Federal Communications Act, 47 U.S.C. §§ 553 and 605, *et seq*., and the Copyright Act, 17 U.S.C. § 101, *et seq*., and recognizes Plaintiff's election to seek statutory damages under both statutes. The Court also concludes that it has jurisdiction over the subject matter and parties to this action; that Defendants, Dominic Forbes, individually, and as an officer, director, shareholder, member and/or principal of Illusions Hookah & Mixology Lounge Inc. d/b/a Illusions Hookah & Mixology Lounge, and Illusions Hookah & Mixology Lounge Inc. d/b/a Illusions Hookah & Mixology Lounge, (hereinafter "Defendants") failed to answer or otherwise defend as provided by the Federal Rules of Civil Procedure following proper service; that the allegations in Plaintiff's Original Complaint are deemed admitted against Defendants; that Defendants exhibited the broadcasts of *Floyd Mayweather Jr. v. Conor McGregor*, including all undercard bouts and commentary, on August 26, 2017, *Ultimate Fighting Championship® 229: Khabib vs. McGregor*, including all undercard bouts and commentary, on October 6, 2018, and

*Deontay Wilder vs. Tyson Fury II*, including all undercard bouts and commentary, on February 22, 2020, without authorization from Plaintiff; and that Defendants' actions were willful and for purposes of direct or indirect commercial advantage or private financial gain. Therefore, additional damages are warranted in this action.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED:

1. That Judgment by default be entered in favor of Plaintiff and against Defendants, Dominic Forbes and Illusions Hookah & Mixology Lounge Inc. d/b/a Illusions Hookah & Mixology Lounge.

2. That Plaintiff recover statutory damages pursuant to 47 U.S.C. § 605(e)(3)(C)(i)(II) from Defendants in the amount of $6,043.00.

3. That Plaintiff recover additional damages pursuant to 47 U.S.C. § 605(e)(3)(C)(ii) from Defendants in the amount of $30,215.00.

4. That Plaintiff recover statutory damages pursuant to 17 U.S.C. § 504(c) from Defendants in the amount of $30,215.00.

5. That Plaintiff recover attorneys' fees pursuant to 47 U.S.C. § 605(e)(3)(B)(iii) from Defendants in the amount of $1,920.00.

6. That Plaintiff recover costs in the amount of $530.00 relating to the prosecution of this matter.

7. The Court also awards Plaintiff court costs and post-judgment interest on the amounts awarded herein at the statutory rate from the date of this Judgment until paid.

8. This judgment is a final judgment.

SO ORDERED.

SO ORDERED:

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

9/20/2023